DAVID CARLSON, WSBA #35767
DISABILITY RIGHTS WASHINGTON
315 Fifth Avenue South, Suite 850
Seattle, WA 98104
(206) 324-1521

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DISABILITY RIGHTS WASHINGTON,<br><br>Plaintiff,<br><br>vs.<br><br>PENRITH FARMS, JAMES BREWSTER and SHERRY BREWSTER, and STEVEN A. CARRERAS,<br><br>Defendants. | No. CV-09-024-JLQ<br><br>DECLARATION OF JOSE ALARCON |

I, Jose Alarcon, M.D., declare as follows:

1. I am over the age of eighteen, have personal knowledge of the matters herein and am competent to testify thereto.

2. I am licensed to practice medicine in the state of New York.

3. I have been in the practice of psychiatric since 1972.

4. I am recognized as a diplomat by the American Board of Psychiatry and Neurology.

DECLARATION OF JOSE ALARCON - 1
CV-09-024-JLQ

Disability Rights Washington
315 5TH Avenue South, Suite 850
Seattle, Washington 98104
(206) 324-1521 · Fax: (206) 957-0729

5. I have provided psychiatric treatment to J███ S██████ since June 26, 2008, and continue to do so to this day.

6. My current diagnostic impression of Mr. S██████ is as follows. He suffers from a personality change due to brain trauma. He has been previously diagnosed with bipolar disorder, unspecified. Both of these diagnoses constitute major and persistent mental illnesses per the Diagnostic and Statistical Manual (DSM) IV Text Revision (TR).[1]

I declare under penalty of perjury pursuant to 28 U.S.C § 1746 that the foregoing is true and correct.

Dated this 3rd day of March, 2009 at Albany, New York.

_____
Jose Alarcon, M.D.

---

[1] AMERICAN PSYCHIATRIC ASSOCIATION, DIAGNOSTIC AND STATISTICAL MANUAL OF MENTAL DISORDERS: DSM-IV-TR. 392, 864 (AMERICAN PSYCHIATRIC ASSOCIATION) (2000).

DECLARATION OF JOSE ALARCON - 2
CV-09-024-JLQ

Disability Rights Washington
315 5TH Avenue South, Suite 850
Seattle, Washington 98104
(206) 324-1521 · Fax: (206) 957-0729

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of March, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Matthew Sanger (sanger@ssglaw.org).

s/Mona Rennie
Legal Assistant
Disability Rights Washington

CERTIFICATE OF SERVICE

Disability Rights Washington
315 5TH Avenue South, Suite 850
Seattle, Washington 98104
(206) 324-1521 · Fax: (206) 957-0729