DAVID CARLSON, WSBA #35767
ZACHARY BURR, WSBA #37556
DISABILITY RIGHTS WASHINGTON
315 Fifth Avenue South, Suite 850
Seattle, WA 98104
(206) 324-1521

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DISABILITY RIGHTS WASHINGTON, <br><br> Plaintiff, <br><br> vs. <br><br> PENRITH FARMS, JAMES BREWSTER and SHERRY BREWSTER, and STEVEN A. CARRERAS, <br><br> Defendants. | No. CV-09-024-JLQ <br><br><br> RESPONSE TO ORDER TO SHOW CAUSE |

On March 20, 2009 this Court has asked that the parties "show cause in writing on or before August 14, 2009, if there is any reason the case should not be administratively closed and the claims therein dismissed without prejudice." Plaintiff, Disability Rights Washington, by and through its attorneys of record, David Carlson and Zachary Burr, offer the following causes as to why the above-captioned case should not be dismissed.

RESPONSE TO ORDER TO SHOW CAUSE - 1
CV-09-024-JLQ

Disability Rights Washington
315 5TH Avenue South, Suite 850
Seattle, Washington 98104
(206) 324-1521 ・ Fax: (206) 957-0729

1   The parties in this action have been unsuccessful in coming to an agreement
2   as to the applicability of the Protection and Advocacy Acts, and plaintiff seeks this
3   case warrants the continued attention of this Court.
4       On March 20, 2009 the court ordered the parties to schedule an opportunity
5   for Disability Rights Washington to visit Penrith Farms in order for Disability
6   Rights Washington to determine whether people with disabilities are served by
7   Defendants. This meeting took place on April 6, 2009. Declaration of Emily
8   Cooper Pura in Support of Plaintiff's Response to Show Cause ¶ 4. During the
9   court ordered preliminary investigation, Disability Rights Washington obtained
10  evidence that there are individuals with disabilities at Penrith Farms. Declaration
11  of Pura Cooper in Support of Plaintiff's Response to Show Cause ¶¶ 9, 11, 13, 14,
12  18 and Declaration of Awmiller in Support of Plaintiff's Response to Show Cause
13  ¶¶ 3, 4, 5. Since that visit, Disability Rights Washington has made numerous
14  attempts to engage Defendants in negotiations regarding further access to the
15  residents and facility. Declaration of Zachary Burr in Support of Plaintiff's
16  Response to Show Cause ¶¶ 2, 5. Despite the efforts of Disability Rights
17  Washington to resolve this matter without further involving the Court, these
18  discussions have not proved fruitful as Defendants continue in their refusal to
19  acknowledge the applicability of the access requirements described by the federal
20  mandates of the Protection and Advocacy Acts. *See* Developmental Disabilities

RESPONSE TO ORDER TO SHOW CAUSE - 2
CV-09-024-JLQ

Disability Rights Washington
315 5TH Avenue South, Suite 850
Seattle, Washington  98104
(206) 324-1521 ・ Fax: (206) 957-0729

Assistance and Bill of Rights Act, 42 U.S.C. § 15041, *et seq.*, the Protection and Advocacy for Individuals With Mental Illness Act, 42 U.S.C. § 10801, *et seq.*, and the Protection and Advocacy for Individual Rights Act 29 U.S.C. § 794e.

Further involvement of the Court is warranted because, in order to fulfill its federal mandates, a Protection and Advocacy System has the express authority to "pursue legal, administrative, and other appropriate remedies" on its own behalf to guarantee protection of, and advocacy for, the rights of individuals with disabilities. *Hawai'i Disability Rights Center v. Cheung*, 513 F. Supp.2d 1185, at 1191. Furthermore, Protection and Advocacy Systems not only "may" but "must" enforce the provisions of its enabling acts for receipt of federal funds. *Id*. at 1196.

In addition to this response to order to show cause, Disability Rights Washington has filed a separate Motion for Summary Judgment. The Court's March 20, 2009 Order stated that Disability Rights Washington "shall file a report with the court as to any further proceedings it wishes to pursue in this matter." Negotiations with Penrith Farms have been unsuccessful in resolving this matter. Additional judicial proceedings are now necessary to resolve the outstanding legal questions. Therefore, Disability Rights Washington provides the supporting declarations and accompanying Motion for Summary Judgment for the court's consideration.

RESPONSE TO ORDER TO SHOW CAUSE - 3
CV-09-024-JLQ

Disability Rights Washington
315 5TH Avenue South, Suite 850
Seattle, Washington 98104
(206) 324-1521 • Fax: (206) 957-0729

Due to the outstanding legal question that cannot be resolved between the parties, Plaintiff respectfully requests that the Court continue to maintain jurisdiction over this matter and consider Disability Right Washington's Motion for Summary Judgment.

Dated this 14th day of August, 2009.

                                          s/David Carlson
                                          DAVID R. CARLSON, WSBA #35767
                                          Counsel for Plaintiff

RESPONSE TO ORDER TO SHOW CAUSE - 4
CV-09-024-JLQ

Disability Rights Washington
315 5TH Avenue South, Suite 850
Seattle, Washington  98104
(206) 324-1521 ・ Fax: (206) 957-0729

# CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of August, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Matthew Sanger (sanger@ssglaw.org).

s/Mona Rennie
Legal Assistant
Disability Rights Washington

CERTIFICATE OF SERVICE

Disability Rights Washington
315 5TH Avenue South, Suite 850
Seattle, Washington 98104
(206) 324-1521 · Fax: (206) 957-0729