1
2
3
4
5          UNITED STATES DISTRICT COURT
6          EASTERN DISTRICT OF WASHINGTON
7
8  DISABILITY RIGHTS WASHINGTON,
9
        Plaintiff,                          NO. CV-09-024-JLQ
10
11       vs.                                **ORDER GRANTING MOTIONS**
                                            **FOR SUMMARY JUDGMENT**
12  PENRITH FARMS, JAMES BREWSTER
13  and SHERRY BREWSTER, and STEVEN A.
    CARRERAS.
14
15       Defendants.
16

17       **BEFORE THE COURT** are the Plaintiff's (Ct. Rec. 55) and Defendants' (Ct. Rec.
18  61) Motions for Summary Judgment.  A telephonic hearing took place on Friday,
19  September 25, 2009.  David Carlson, Zachary Burr, and Allison Miller appeared on
20  behalf of the Plaintiff.  Matthew Sanger appeared on behalf of the Defendants.  This
21  Order is intended to memorialize and supplement the oral rulings of the court.

22       The court finds that the Defendants have served and may currently serve people
23  with mental illness and disabilities as defined by the Protection and Advocacy Acts.  The
24  court also finds that Disability Rights Washington had and has authority to investigate
25  when it receives complaints of abuse or neglect, as well as instances where it has
26  probable cause to believe abuse or neglect of people with mental illness or disabilities is
27  occurring, as provided by the Developmental Disabilities Assistance and Bill of Rights
28  Act, 42 USC 15043(a)(2)(B); the Protection and Advocacy for Individuals with Mental

ORDER - 1

Illness Act, 42 USC 10805 (a)(1)(A); or the Protection and Advocacy of Individual Rights Act, 29 U.S.C. § 794e (f)(2).  In this case, Disability Rights Washington appropriately initiated its investigation into conditions and services provided at Penrith Farms.  Accordingly,

     **IT IS HEREBY ORDERED**:

     1.  The Plaintiff's and Defendants' Motions for Summary Judgment (Ct. Recs. 55 and 61) are **GRANTED** to the extent stated herein.  Penrith Farms as well as its owners and agents, are required to follow the federal Protection and Advocacy Acts and their implementing regulations. 42 U.S.C. § 15041, et seq.; 42 U.S.C. § 10801, et seq.; 29 U.S.C. § 794e.  The Defendants are permanently enjoined from impeding Disability Rights Washington's lawful, appropriate access and requests for access to provide federally mandated protection and advocacy services which include investigations of abuse or neglect, monitoring of resident conditions, provision of information and referral services, and other advocacy services as authorized by the Protection and Advocacy Acts.

     2.  The Defendants' Counterclaim (Ct. Rec. 42), including all 28 U.S.C. § 1983 counterclaims against Plaintiff and its employees and agents are **DISMISSED** with prejudice.

     3.  The Plaintiff's Motion for Preliminary Injunction (Ct. Rec. 2) is **DENIED AS MOOT** in light of the court's rulings in the Order, *supra*.

     4.  This court will retain jurisdiction over this matter to ensure compliance with this Order, and this case may be re-opened upon showing of good cause, including failure to comply with this Order.

     The Clerk is hereby directed to enter this Order, furnish copies to counsel, and close the case file, subject to re-opening on good cause shown.

     **DATED** this 6th day of October, 2009.

s/ Justin L. Quackenbush<br>
JUSTIN L. QUACKENBUSH<br>
SENIOR UNITED STATES DISTRICT JUDGE